# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Diane | Utica, NY | 5/1/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | Partner | Davis Florida Associates, L.P. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Unemployment |
| 2. | 2011 | Bonacquisti Brothers & Assoc., Inc. - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Central NY and Capital District Bankruptcy CBar Assns. | 11/11/2011 - 11/12/2011 | Bolton Landing, NY | Bar Associations Annual Bankruptcy Conference | Mileage, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. UBS FMA | A | Int./Div. | J | T | | | | | |
| 3. -Fidelity Advisors Small Cap Fund Class A | A | Int./Div. | J | T | | | | | |
| 4. -PACE Money Markey Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 5. -Henderson Global Investors Intl Opport Fund A | A | Int./Div. | J | T | | | | | |
| 6. -Mainstay Large Cap Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 7. -MFS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 8. -Pioneer Mid Cap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 9. -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 10. -PIMCO Total Return Fund Class A | A | Int./Div. | J | T | | | | | |
| 11. -UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 12. -American Funds Growth Fund of America Class B | A | Int./Div. | J | T | | | | | |
| 13. -Fidelity Advisors Diversified Intl Fund Class B | A | Int./Div. | J | T | | | | | |
| 14. -Van Kampen Comstock FD Class B | A | Int./Div. | J | T | | | | | |
| 15. UBS IRA- Mutual Fund | B | Int./Div. | M | T | | | | | |
| 16. -PIMCO Total Return Fund Class A | A | Int./Div. | J | T | | | | | |
| 17. -JP Morgan Core Bond Fund Select | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Oppenheimer Intl Bond FD Class A | A | Int./Div. | J | T | | | | | |
| 19.  -Virtus Multi-Sector Short Term Bond Fund Class A | A | Int./Div. | J | T | | | | | |
| 20.  -Calvert FD Calvert Short Duration Income Fund Class Y Short | A | Int./Div. | J | T | | | | | |
| 21.  -LOOMIS Sayles Investment Grade Bond Class A | A | Int./Div. | J | T | | | | | |
| 22.  -IShares Barclays Aggregate Bond Fund | A | Int./Div. | J | T | | | | | |
| 23.  -IShares Barclays Inter CR BD FD | A | Int./Div. | J | T | | | | | |
| 24.  -PIMCO Total Return fund Class A Long Term | A | Int./Div. | J | T | | | | | |
| 25.  -PIMCO Total Return Fund Class A Short Term | A | Int./Div. | J | T | | | | | |
| 26.  -Manning & Napier FD, Inc. World Opportunities | A | Int./Div. | J | T | | | | | |
| 27.  -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 28.  -Calamos Market Neutral Income Fund Class A | A | Int./Div. | J | T | | | | | |
| 29.  -RS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 30.  -Hartford International Opportunites Fund Class A | A | Int./Div. | J | T | | | | | |
| 31.  -Calvert FD Clavert Short Duration Income Fund Class Y | A | Int./Div. | J | T | | | | | |
| 32.  -IShares Trust TRussell 100 Value Index Fund | A | Int./Div. | J | T | | | | | |
| 33.  -IShares Trust Growth Indes Fund | A | Int./Div. | J | T | | | | | |
| 34.  -IShares Trust Russell 2000 Value Index FD | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares Trust Russell 2000 Growth Index FD | A | Int./Div. | J | T | | | | | |
| 36. -IShares S&P 100 Index Fund | A | Int./Div. | J | T | | | | | |
| 37. -IShares Trust Russell Midcap Growth Index Fund | A | Int./Div. | J | T | | | | | |
| 38. -IShares MSCI EAFE Index Fund | A | Int./Div. | J | T | | | | | |
| 39. -Oppenheimer Intl Bond FD Class A | A | Int./Div. | J | T | | | | | |
| 40. -Oppenheimer Intl Bond Fund Class A Short term | A | Int./Div. | J | T | | | | | |
| 41. UBS Roth IRA- Mutual Fund | A | Int./Div. | J | T | | | | | |
| 42. -PIMCO Total Return Class A | A | Int./Div. | J | T | | | | | |
| 43. -Fidelity Advisors Diversified Intl Fund Class B Short term | A | Int./Div. | J | T | | | | | |
| 44. -Fidelity Advisors Diversified Intl Class B | A | Int./Div. | J | T | | | | | |
| 45. -PIMCO Total Return Class A Long Term | A | Int./Div. | J | T | | | | | |
| 46. -PIMCO Total Return Class A Short term | A | Int./Div. | J | T | | | | | |
| 47. -Van Kampen Comstock FD Class B | A | Int./Div. | J | T | | | | | |
| 48. -UBS PACE Money Market Investment Fund Class P Short term | A | Int./Div. | J | T | | | | | |
| 49. -UBS PACE large Company Growth Equity Investment Fund Class | A | Int./Div. | J | T | | | | | |
| 50. -UBS PACE Intl Emerging Mkts Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 51. -UBS PACE Large Company Value Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -UBS PACE International Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 53. -UBS PACE Small/Medium Co Value Equity Investment Fund | A | Int./Div. | J | T | | | | | |
| 54. -UBS Global Real Estate Securities Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 55. -UBS Growth Fund of America Class B | A | Int./Div. | J | T | | | | | |
| 56. -UBS Global Fixed Income Investment Fund Class B | A | Int./Div. | J | T | | | | | |
| 57. -UBS Government Sec Fixed Income Investment Fund | A | Int./Div. | J | T | | | | | |
| 58. -UBS Govt Sec Fixed Income Fund Long Term | A | Int./Div. | J | T | | | | | |
| 59. -UBS Govt Sec Fixed Income Investment Fund Short | A | Int./Div. | J | T | | | | | |
| 60. -UBS Strategic Fixed Income Investment Fund Long | A | Int./Div. | J | T | | | | | |
| 61. -UBS High Yield Investments Class P | A | Int./Div. | J | T | | | | | |
| 62. -CSRSX | A | Int./Div. | J | T | Buy | 7/1/2011 | J | | |
| 63. -GATEX | A | Int./Div. | J | T | Buy | 7/1/2011 | J | | |
| 64. -FMI Large Cap Fund | A | Int./Div. | J | T | Buy | 11/4/11 | J | | |
| 65. -Riverpark/Wedgewood Retail Funds | A | Int./Div. | J | T | Buy | 11/15/11 | J | | |
| 66. -BIV | A | Int./Div. | J | T | Buy | 6/8/11 | J | | |
| 67. Brokerage Account #2 | | | | | | | | | |
| 68. NYS Retirement Plan-No control | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trustco | A | Interest | J | T | | | | | |
| 70. Keybank | A | Interest | K | T | | | | | |
| 71. SEFCU | A | Interest | K | T | | | | | |
| 72. HSBC | A | Interest | K | T | | | | | |
| 73. Citizens | A | Interest | J | T | | | | | |
| 74. Note Davis Family Associates, LP property | | None | J | T | | | | | |
| 75. Trust #1 | D | Int./Div. | O | T | | | | | |
| 76. Trust #2 | D | Int./Div. | N | T | | | | | |
| 77. ▦ Property Middlesex, NY, Yates County | | None | O | W | | | | | |
| 78. -Note ▦ property Perinton, NY Monroe Country | | None | N | W | | | | | |
| 79. -#SBCX | A | Int./Div. | L | T | | | | | |
| 80. Bank Deposit Program Citibank | A | Int./Div. | L | T | | | | | |
| 81. -MUXBX | A | Int./Div. | J | T | | | | | |
| 82. -HME | A | Int./Div. | J | T | | | | | |
| 83. -XOM | E | Int./Div. | J | T | | | | | |
| 84. -EMN | A | Int./Div. | J | T | | | | | |
| 85. -Dreyfus Liquid Asset Fund | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -EEM | A | Int./Div. | J | T | | | | | |
| 87. -EFA | A | Int./Div. | J | T | | | | | |
| 88. -IWD | A | Int./Div. | K | T | | | | | |
| 89. -IJK | A | Int./Div. | J | T | | | | | |
| 90. -IWF | A | Int./Div. | K | T | | | | | |
| 91. -IJJ | A | Int./Div. | J | T | | | | | |
| 92. -SDS | A | Int./Div. | K | T | | | | | |
| 93. -ATT | A | Int./Div. | J | T | | | | | |
| 94. -Caterpillar corporate Bond | B | Int./Div. | J | T | | | | | |
| 95. -Federal Home Loan Mortgage Bond | A | Int./Div. | J | T | | | | | |
| 96. -Federal National Mortgage | A | Int./Div. | K | T | | | | | |
| 97. -GE Corporate Bond | A | Int./Div. | K | T | | | | | |
| 98. -Goldman Sacs Group Corporate Bond | A | Int./Div. | J | T | | | | | |
| 99. -TIP | A | Int./Div. | J | T | | | | | |
| 100. -HYG | A | Int./Div. | K | T | | | | | |
| 101. -JP Morgan Chase Corporate Bond | A | Int./Div. | J | T | | | | | |
| 102. -PGF | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -SBC Communications Corporate Bond | A | Int./Div. | K | T | | | | | |
| 104.  -USBPRJ | B | Int./Div. | J | T | | | | | |
| 105.  -WSF | A | Int./Div. | J | T | | | | | |
| 106.  -AXPGJ.O | A | Int./Div. | J | T | | | | | |
| 107.  -BYOHN.O | A | Int./Div. | J | T | | | | | |
| 108.  -BAGP.O | B | Int./Div. | J | T | | | | | |
| 109.  -CVXIO.O | A | Int./Div. | J | T | | | | | |
| 110.  -PGGK.O | A | Int./Div. | J | T | | | | | |
| 111.  -SPY | C | Int./Div. | K | T | | | | | |
| 112.  -PFEIQ.O | A | Int./Div. | J | T | | | | | |
| 113.  -MMMGM.O | A | Int./Div. | J | T | | | | | |
| 114.  -UTXHK.O | A | Int./Div. | J | T | | | | | |
| 115.  -VZGP.O | A | Int./Div. | J | T | | | | | |
| 116.  -WMTGX.O | A | Int./Div. | J | T | | | | | |
| 117.  -AAGA.O | A | Int./Div. | J | T | | | | | |
| 118.  -TGZ.O | A | Int./Div. | J | T | | | | | |
| 119.  -KOGW.O | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -DISGL.O | A | Int./Div. | J | T | | | | | |
| 121. -XOMGO.O | A | Int./Div. | J | T | | | | | |
| 122. -GEWGQ.O | A | Int./Div. | J | T | | | | | |
| 123. -HPQHH.O | A | Int./Div. | J | T | | | | | |
| 124. -JGLHY.O | A | Int./Div. | J | T | | | | | |
| 125. -NQGS.O | A | Int./Div. | J | T | | | | | |
| 126. -IBMGC.O | A | Int./Div. | J | T | | | | | |
| 127. -JPMIH.O | A | Int./Div. | J | T | | | | | |
| 128. -JNJGL.O | A | Int./Div. | J | T | | | | | |
| 129. -KFTIY.O | A | Int./Div. | J | T | | | | | |
| 130. -MCDIY.O | A | Int./Div. | J | T | | | | | |
| 131. -MZRGT.O | A | Int./Div. | J | T | | | | | |
| 132. -MSQGN.O | A | Int./Div. | J | T | | | | | |
| 133. -AA | A | Int./Div. | J | T | | | | | |
| 134. -VZ | A | Int./Div. | J | T | | | | | |
| 135. -BAC | A | Int./Div. | J | T | | | | | |
| 136. -JNJ | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -IBM | A | Int./Div. | K | T | | | | | |
| 138. -MSFT | A | Int./Div. | J | T | | | | | |
| 139. -MRK | A | Int./Div. | J | T | | | | | |
| 140. -INTC | A | Int./Div. | J | T | | | | | |
| 141. -HD | A | Int./Div. | J | T | | | | | |
| 142. -HPQ | A | Int./Div. | J | T | | | | | |
| 143. -UTX | A | Int./Div. | J | T | | | | | |
| 144. -AXP | A | Int./Div. | J | T | | | | | |
| 145. -BA | A | Int./Div. | J | T | | | | | |
| 146. -T | A | Int./Div. | J | T | | | | | |
| 147. -PFE | A | Int./Div. | J | T | | | | | |
| 148. -JPM | A | Int./Div. | J | T | | | | | |
| 149. -MCD | B | Int./Div. | J | T | | | | | |
| 150. -PG | A | Int./Div. | J | T | | | | | |
| 151. -MMM | A | Int./Div. | J | T | | | | | |
| 152. -WMT | A | Int./Div. | J | T | | | | | |
| 153. -KFT | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -DD | A | Int./Div. | J | T | | | | | |
| 155. -GE | A | Int./Div. | J | T | | | | | |
| 156. -DIS | A | Int./Div. | J | T | | | | | |
| 157. -KO | A | Int./Div. | J | T | | | | | |
| 158. -CVX | A | Int./Div. | J | T | | | | | |
| 159. -Berkley Res. Inc. | A | Int./Div. | K | T | | | | | |
| 160. -Citizens Financial Services, Inc. | A | Int./Div. | K | T | | | | | |
| 161. -VZ.RQ | A | Int./Div. | J | T | | | | | |
| 162. -IBM.LA | A | Int./Div. | J | T | | | | | |
| 163. -IYT | A | Int./Div. | J | T | | | | | |
| 164. -TBT | A | Int./Div. | J | T | | | | | |
| 165. -SH | A | Int./Div. | J | T | | | | | |
| 166. -GLD | A | Int./Div. | J | T | | | | | |
| 167. -KBE | A | Int./Div. | J | T | | | | | |
| 168. -XLK | A | Int./Div. | J | T | | | | | |
| 169. -SMH | A | Int./Div. | J | T | | | | | |
| 170. -UNG | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -DFJ | A | Int./Div. | J | T | | | | | |
| 172.  -EWA | A | Int./Div. | J | T | | | | | |
| 173.  -EPP | A | Int./Div. | J | T | | | | | |
| 174.  -EWU | A | Int./Div. | J | T | | | | | |
| 175.  -EWQ | A | Int./Div. | J | T | | | | | |
| 176.  -EWL | A | Int./Div. | J | T | | | | | |
| 177.  -EWG | A | Int./Div. | J | T | | | | | |
| 178.  -EWJ | A | Int./Div. | J | T | | | | | |
| 179.  -IEV | A | Int./Div. | J | T | | | | | |
| 180.  -IWR | A | Int./Div. | J | T | | | | | |
| 181.  -IJH | A | Int./Div. | J | T | | | | | |
| 182.  -IWM | A | Int./Div. | J | T | | | | | |
| 183.  -IJR | A | Int./Div. | J | T | | | | | |
| 184.  -EWS | A | Int./Div. | J | T | Buy | 2/24/11 | J | | |
| 185.  -IYZ | A | Int./Div. | J | T | Buy | 3/22/11 | J | | |
| 186.  -QQQ | A | Int./Div. | J | T | Buy | 8/9/11 | J | | |
| 187.  -DIA | A | Int./Div. | J | T | Buy | 12/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -XLP | A | Int./Div. | J | T | Buy | 3/21/11 | J | | |
| 189. -XLI | A | Int./Div. | J | T | Buy | 8/1/11 | J | | |
| 190. -USO | A | Int./Div. | J | T | Buy | 8/8/11 | J | | |
| 191. -TBF | A | Int./Div. | J | T | Buy | 10/7/11 | J | | |
| 192. SHY | A | Int./Div. | J | T | | | | | |
| 193. CSCO | A | Int./Div. | J | T | | | | | |
| 194. WIP | A | Int./Div. | J | T | | | | | |
| 195. US Treasury Notes | A | Int./Div. | J | T | | | | | |
| 196. Sector Rotation Account | D | Int./Div. | L | T | | | | | |
| 197. Citibank Bank Deposit Program | | None | K | T | | | | | |
| 198. CSJ | A | Int./Div. | J | T | | | | | |
| 199. CWB | A | Int./Div. | J | T | | | | | |
| 200. WFC | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: I was a General Partner in the limited partnership known as Davis Florida Associates, LP. The partnership was comprised of family members only, and was created for tax and liability purposes to manage its only asset, a mortgage receivable held on property located in the state of Florida. The partnership provided for quarterly interest payments to the family's general and limited partners. The receiveable was paid off in December 2011, at which time the limited partnership was dissolved. I administered the receivables by collecting and accounting for the monthly mortgage payment, administering and accounting for the quarterly distributions to family members, and assured that the partnership's tax return was filed annually. The tax return was prepared annually by an accountant from Rochester, New York who has prepared the return since the partnership was created.

In addition, I serve as a Co-trustee on two trusts                    . They were established as part of               estate              We review the status of the trusts annually to assure it meets            financial needs. Upon her death, the balance, if any, will go to the              equally, including myself.                    have waived our right to receive our lawful commission from these trusts.

PART VII: Line numbers 77 and 78 indicate the aggregate totals for each of the trusts. All of the information listed below, in lines 79 through 200, are the holdings for the two trusts. Several of the holdings are duplicative and therefore were combined to indicate one description.

The item at line 197 is the maintenance account for the         Property at line 77.

The Sector Rotation Account at line 196 is an account that buys stocks in Sector Rotation style for Trust #1. All stocks within the Trust have been disclosed in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544